# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| XAVIER EDWARDS, ET AL. | CIVIL ACTION NO. 26-1186 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 8, the defendants' Motion to Dismiss for Failure to State a Claim, Record Document 2, plaintiffs' response to the motion, Record Document 7, with no objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed by the defendant, City of Shreveport, Record Document 2, is **DENIED AS MOOT** due to the voluntary dismissal of the federal claims it attacks.

**IT IS FURTHER ORDERED** that this civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, for lack of subject matter jurisdiction. After remand, the parties should ensure that the amended complaint is

1

filed in the state court record along with any other federal filings that the parties believe warrant being included in the state court record.

**DONE AND SIGNED** at Shreveport, Louisiana, this 3rd day of June, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE